DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCOTT GOLDSWORTHY,**
Appellant,

v.

**CAMPER & NICHOLSONS USA, INC., MIKI NAFTALI,**
and **BAGLIETTO S.p.A,**
Appellees.

No. 4D21-2851

[April 28, 2022]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. 062019CA015874AXXXCE.

Evan H. Frederick and Corey A. Gross of Morgan & Morgan, P.A., West Palm Beach, for appellant.

Arnaldo Vélez of Arnaldo Vélez, P.A., Coral Gables, and Michelle Otero Valdes and Manuel F. Valdes of Chalos & Co., P.C., Coral Gables, for appellee Camper & Nicholsons USA, Inc.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***